UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 21-1991 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's November 4, 2021 Minute Order, Plaintiff, David Brown, and Defendants, Central Intelligence Agency, Department of Justice, Office of the Director of National Intelligence, and the Department of Defense, by and through undersigned counsel, hereby file this Joint Status Report. Plaintiff's action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeks records from certain federal agencies "about or referencing the Intelligence Workers Union, including but not limited to the Twitter handle @intelworkers, created on or after March 1, 2021."

Plaintiff filed the Complaint on July 21, 2021 (ECF No. 1) and Defendants filed their Answer on October 4, 2021 (ECF No. 8). The status of Defendants' searches and records processing and a proposed schedule for proceeding is below.

### STATUS OF PLAINTIFF'S FOIA REQUESTS

<u>Department of Justice National Security Division ("NSD")</u>: NSD reports that, on November 19, 2021, it sent a final letter to Plaintiff's counsel indicating that it did not locate any responsive records subject to FOIA.

Department of Justice Office of Inspector General ("OIG"): On September 30, 2021, DOJ OIG informed Plaintiff by letter that they concluded their search and could not locate any responsive records subject to FOIA within DOJ OIG.

Federal Bureau of Investigation ("FBI"): After Plaintiff filed the Complaint, the FBI conducted another search for records in response to Plaintiff's FOIA request. The FBI did not locate records responsive to the request.

Department of Justice Office of Legal Counsel ("OLC"): OLC has completed its search and identified 17 responsive records. OLC is now reviewing the records for responsiveness and the applicability of any FOIA exemptions. This process may require consultation with other entities. On November 12, 2021, OLC made its first interim response and produced two of the records for which it completed processing. OLC's response on the remaining records is pending consultation with other entities. OLC has requested an update on the pending consultations and anticipates making another response within the next 30 days

Office of the Director of National Intelligence ("ODNI") and Intelligence Community Inspector General ("ICIG"): Defendant ODNI has completed its search for potentially responsive records on behalf of ODNI and ICIG. ICIG is administratively housed within the ODNI. ODNI did not locate records responsive to the request. On August 16, 2021 ODNI sent a final response letter to Plaintiff.

Central Intelligence Agency ("CIA") and Central Intelligence Agency Office of Inspector General ("CIA OIG"): Defendants CIA and CIA OIG sent their final response letter to Plaintiff's counsel on December 13, 2021, indicating that they did not locate any records that would reveal an openly acknowledged CIA affiliation.

Office of the Secretary of Defense and Joint Staff ("OSD/JS"): OSD/JS reports that it has completed its search, and did not locate any records responsive to Plaintiff's FOIA request.

Department of Defense Office of Inspector General ("DoD OIG"): DoD OIG completed its search and no responsive records were found.

## *OPEN AMERICA* STAY

Defendants do not anticipate seeking a stay under *Open America* at this time.

## *VAUGHN* INDEX /BRIEFING SCHEDULE

In light of the case's current posture, Defendants believe that it is too early to know whether it will be necessary for Defendants to prepare a *Vaughn* index or to brief dispositive motions because they have not completed their review of potentially responsive records to Plaintiff's FOIA request or produced records to Plaintiff in total. While Defendants process any responsive records and after Defendants make their final release determinations for Plaintiff's FOIA requests, Plaintiff will need time to review the records with counsel. After that, counsel for Plaintiff and Defendants will confer in good faith and attempt to resolve or narrow any issues.

## NEXT JOINT STATUS REPORT

Defendant proposes that the parties submit a Joint Status Report in approximately 60 days, on May 9, 2022, to advise the Court whether further proceedings are necessary. A proposed order is attached for the Court's convenience.

Dated:  March 7, 2022	Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s/ Stephen DeGenaro*
STEPHEN DEGENARO, D.C. Bar #1047116
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7229
stephen.degenaro@usdoj.gov

*Counsel for Defendants*

By: */s/ Jerald M. Lentini*
JERALD M. LENTINI
D.C. Bar #CT00017
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
770-846-0175
240-681-2189 fax
Jerald@NationalSecurityLaw.org

*Counsel for Plaintiff*