UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>    Defendants. | Civil Action No. 21-1991 (DLF) |

### [PROPOSED] ORDER

Upon consideration of Joint Status Report, and the entire record, it is hereby

**ORDERED** that the parties file a Joint Status Report no later than July 18, 2023, updating the Court on the status of Plaintiff's FOIA request.

It is **SO ORDERED**.

_____                 _____
Date                                                        DABNEY L. FRIEDRICH
                                                                          UNITED STATES DISTRICT JUDGE