UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 21-1991 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's January 18, 2023, Minute Order, Plaintiff, David Brown, and Defendants, Central Intelligence Agency, Department of Justice, Office of the Director of National Intelligence, and the Department of Defense, hereinafter referred to as the parties, by and through undersigned counsel, file this Joint Status Report. Plaintiff's Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, Complaint seeks records from certain federal agencies "about or referencing the Intelligence Workers Union, including but not limited to the Twitter handle @intelworkers, created on or after March 1, 2021."

Plaintiff filed the Complaint on July 21, 2021 (ECF No. 1) and Defendants filed their Answer on October 4, 2021 (ECF No. 8). The status of Defendants' searches, records processing as well as a proposed schedule for proceeding is below.

## STATUS OF PLAINTIFF'S FOIA REQUESTS

<u>Department of Justice National Security Division ("NSD")</u>: NSD reports that, on November 19, 2021, it sent a final letter to Plaintiff's counsel indicating that they concluded their search and did not locate any responsive records subject to FOIA.

Department of Justice Office of Inspector General ("OIG"): On September 30, 2021, DOJ OIG informed Plaintiff by letter that they concluded their search and did not locate any responsive records subject to FOIA within DOJ OIG.

Federal Bureau of Investigation ("FBI"): After Plaintiff filed the Complaint, the FBI conducted another search for records in response to Plaintiff's FOIA request.  The FBI concluded their search and did not locate records responsive to the request.

Department of Justice Office of Legal Counsel ("OLC"): As previously reported, OLC has completed its search and identified 17 responsive records.  OLC has been reviewing the records for the applicability of any FOIA exemptions.  This process has required consultation with other entities.  OLC has received responses on its consultations for records.  It provided its final response on July 14, 2023.

Office of the Director of National Intelligence ("ODNI") and Intelligence Community Inspector General ("ICIG"): Defendant ODNI has completed its search for potentially responsive records on behalf of ODNI and ICIG. ICIG is administratively housed within the ODNI.  Thus, the search for records that ODNI completed included records within ICIG. ODNI did not locate records responsive to the request.  On August 16, 2021, ODNI sent a final response letter to Plaintiff.

Central Intelligence Agency ("CIA") and Central Intelligence Agency Office of Inspector General ("CIA OIG"): Defendants CIA and CIA OIG sent their final response letter to Plaintiff's counsel on December 13, 2021, indicating that they did not locate any records that would reveal an openly acknowledged CIA affiliation.

Office of the Secretary of Defense and Joint Staff ("OSD/JS"): OSD/JS reports that it has completed its search, and did not locate any records responsive to Plaintiff's FOIA request.

<u>Department of Defense Office of Inspector General ("DoD OIG")</u>: DoD OIG completed its search and no responsive records were found.

**PROPOSED SCHEDULE FOR NEXT PROCEEDINGS**

Plaintiff has posed certain questions regarding the searches conducted by Defendants and the parties propose that they submit a further Joint Status Report on February 9, 2024, to advise the Court whether further proceedings are necessary.

Dated:  January 22, 2024

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: */s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7229
Stephen.DeGenaro@usdoj.gov

*Counsel for Defendants*

By: */s/ Jerald M. Lentini*
JERALD M. LENTINI
D.C. Bar #CT00017
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
770-846-0175
240-681-2189 fax
Jerald@NationalSecurityLaw.org

*Counsel for Plaintiff*