UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID BROWN, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 21-1991 (DLF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 18, 2023, Minute Order, Plaintiff, David Brown, and Defendants, Central Intelligence Agency, Department of Justice, Office of the Director of National Intelligence, and the Department of Defense, hereinafter referred to as the parties, by and through undersigned counsel, file this Joint Status Report. Plaintiff's Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, Complaint seeks records from certain federal agencies "about or referencing the Intelligence Workers Union, including but not limited to the Twitter handle @intelworkers, created on or after March 1, 2021." Plaintiff filed the Complaint on July 21, 2021 (ECF No. 1) and Defendants filed their Answer on October 4, 2021 (ECF No. 8).

Plaintiff has posed certain questions regarding the searches conducted by Defendants and Defendants have provided search descriptions to Plaintiff. The parties propose that they submit a further Joint Status Report on March 11, 2024, to advise the Court whether further proceedings are necessary.

Dated:  February 9, 2024

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: */s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7229
Stephen.DeGenaro@usdoj.gov

*Counsel for Defendants*

By: */s/ Jerald M. Lentini*
JERALD M. LENTINI
D.C. Bar #CT00017
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
770-846-0175
240-681-2189 fax
Jerald@NationalSecurityLaw.org

*Counsel for Plaintiff*