### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID BROWN,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 21-1991 (DLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's February 11, 2024, Minute Order, Plaintiff, David Brown, and Defendants, Central Intelligence Agency, Department of Justice, Office of the Director of National Intelligence, and the Department of Defense, hereinafter referred to as the parties, by and through undersigned counsel, file this Joint Status Report. Plaintiff's Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, Complaint seeks records from certain federal agencies "about or referencing the Intelligence Workers Union, including but not limited to the Twitter handle @intelworkers, created on or after March 1, 2021." Plaintiff filed the Complaint on July 21, 2021 (ECF No. 1) and Defendants filed their Answer on October 4, 2021 (ECF No. 8).

Defendants have provided search descriptions to Plaintiff, and Plaintiff has responded with a request for clarification regarding some of the search descriptions, as well as with a request for additional searches from some of the Defendants. The parties propose that they submit a further Joint Status Report on May 1, 2024, to advise the Court whether further proceedings are necessary.

Dated:  March 11, 2024	Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: */s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-6653
Fithawi.Berhane@usdoj.gov

*Counsel for Defendants*

By: */s/ Jerald M. Lentini*
JERALD M. LENTINI
D.C. Bar #CT00017
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
770-846-0175
240-681-2189 fax
Jerald@NationalSecurityLaw.org

*Counsel for Plaintiff*