**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DAVID BROWN, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> CENTRAL INTELLIGENCE AGENCY, et al., ) </br> ) </br> Defendants. ) | Civil Action No. 21-1991 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's July 2, 2024, Minute Order, Plaintiff, David Brown, and Defendants, Central Intelligence Agency, Department of Justice, Office of the Director of National Intelligence, and the Department of Defense, hereinafter referred to as the parties, by and through undersigned counsel, file this Joint Status Report. Plaintiff's Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, Complaint seeks records from certain federal agencies "about or referencing the Intelligence Workers Union, including but not limited to the Twitter handle @intelworkers, created on or after March 1, 2021." Plaintiff filed the Complaint on July 21, 2021 (ECF No. 1) and Defendants filed their Answer on October 4, 2021 (ECF No. 8).

At this time, the parties report that Plaintiff has submitted a settlement offer to Defendants and that Defendants are currently evaluating the offer and coordinating a response. Due to the fact that this case involves multiple agency Defendants, the parties respectfully propose that they submit a further Joint Status Report on December 16, 2024, to update the Court on the parties' good faith attempts to resolve the question of attorneys' fees and costs without further burdening the Court.

Dated:  November 4, 2024

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: */s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-6653
Fithawi.Berhane@usdoj.gov

*Counsel for Defendants*

By: */s/ Jerald M. Lentini*
JERALD M. LENTINI
D.C. Bar #CT00017
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
770-846-0175
240-681-2189 fax
Jerald@NationalSecurityLaw.org

*Counsel for Plaintiff*