UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID BROWN,<br><br>      Plaintiff,<br><br>      v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 21-1991 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 19, 2024, Minute Order, Plaintiff, David Brown, and Defendants, Central Intelligence Agency, Department of Justice, Office of the Director of National Intelligence, and the Department of Defense, hereinafter referred to as the parties, by and through undersigned counsel, file this Joint Status Report. Plaintiff's Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, Complaint seeks records from certain federal agencies "about or referencing the Intelligence Workers Union, including but not limited to the Twitter handle @intelworkers, created on or after March 1, 2021." Plaintiff filed the Complaint on July 21, 2021 (ECF No. 1) and Defendants filed their Answer on October 4, 2021 (ECF No. 8).

At this time, the parties report that Plaintiff has submitted a settlement offer to Defendants and while progress has been made in terms of evaluating Plaintiff's proposal, Defendants will need 14 additional days to make a counter-proposal or to otherwise resolve this case. As such, the parties respectfully propose that they submit a further Joint Status Report on February 14, 2025, to update the Court on the parties' good faith attempts to resolve the question of attorneys' fees and costs without further burdening the Court.

Dated:  January 31, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: */s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-6653
Fithawi.Berhane@usdoj.gov

*Counsel for Defendants*

By: */s/ Jerald M. Lentini*
JERALD M. LENTINI
D.C. Bar #CT00017
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
Jerald@NationalSecurityLaw.org

*Counsel for Plaintiff*