UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID BROWN, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) )  Civil Action No. 21-1991 (DLF) |
| CENTRAL INTELLIGENCE AGENCY, et al., | ) ) ) ) |
| Defendants. | ) ) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 18, 2025, Minute Order, Plaintiff, David Brown, and Defendants, Central Intelligence Agency, Department of Justice, Office of the Director of National Intelligence, and the Department of Defense, hereinafter referred to as the parties, by and through undersigned counsel, file this Joint Status Report.[1]  Plaintiff's Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, Complaint seeks records from certain federal agencies "about or referencing the Intelligence Workers Union, including but not limited to the Twitter handle @intelworkers, created on or after March 1, 2021."  Plaintiff filed the Complaint on July 21, 2021 (ECF No. 1) and Defendants filed their Answer on October 4, 2021 (ECF No. 8).

At this time, the parties report that Plaintiff has submitted a settlement offer to Defendants and Defendants have provided a counter-response. The parties intend to make a final attempt at settlement of attorneys' fees. As such, the parties respectfully propose that they submit a further Joint Status Report on March 18, 2025, to update the Court on the parties' good faith attempts to resolve the question of attorneys' fees and costs without further burdening the Court.

---

[1] This Joint Status Report was originally due on February 28, 2025. The parties apologize to the Court for missing this deadline.

Dated:  March 4, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney


By: */s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-6653
Fithawi.Berhane@usdoj.gov

*Counsel for Defendants*

By: */s/ Jerald M. Lentini*
JERALD M. LENTINI
D.C. Bar #CT00017
National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD  20853
501-301-4672
240-681-2189 fax
Jerald@NationalSecurityLaw.org

*Counsel for Plaintiff*