UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID BROWN,<br><br>       Plaintiff,<br><br>       v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-1991 (DLF)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 5, 2025, Minute Order, Plaintiff, David Brown, and Defendants, Central Intelligence Agency, Department of Justice, Office of the Director of National Intelligence, and the Department of Defense, hereinafter referred to as the parties, by and through undersigned counsel, file this Joint Status Report. Plaintiff's Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, Complaint seeks records from certain federal agencies "about or referencing the Intelligence Workers Union, including but not limited to the Twitter handle @intelworkers, created on or after March 1, 2021." Plaintiff filed the Complaint on July 21, 2021 (ECF No. 1) and Defendants filed their Answer on October 4, 2021 (ECF No. 8).

At this time, the parties report that they have reached a settlement agreement in principle as to the remaining matter of attorneys' fees, and the agreement will now be submitted for final review and approval per Department of Justice policy. As such, the parties respectfully propose that they submit a further Joint Status Report on March 28, 2025, updating the Court as to the status of this case.

Dated:  March 4, 2025                                  Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney


By: */s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-6653
Fithawi.Berhane@usdoj.gov

*Counsel for Defendants*

By: */s/ Jerald M. Lentini*
JERALD M. LENTINI
D.C. Bar #CT00017
National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD  20853
501-301-4672
240-681-2189 fax
Jerald@NationalSecurityLaw.org

*Counsel for Plaintiff*