# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID BROWN,  )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>CENTRAL INTELLIGENCE AGENCY, et al., )<br>  )<br>  Defendants. ) | Civil Action No. 21-1991 (DLF) |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's March 20, 2025, Minute Order, Plaintiff David Brown, by and through undersigned counsel, files this Status Report. The parties were unable to file a Joint Status Report because Defendants' counsel advised the undersigned that, due to it being after the close of business on the day this Status Report was due, he could not obtain permission from his agency counsel before this Status Report needed to be filed.

At this time, the parties have signed a Settlement Agreement as to the remaining matter of costs and attorneys' fees, which has been attached to this Status Report. As per the terms of that Settlement Agreement, Plaintiff has agreed to the dismissal of this case with prejudice in return for $9,000 in costs and attorneys' fees. Plaintiff respectfully requests that this Court accept the attached Settlement Agreement and order the parties to fully execute its terms within sixty days.

Dated:  March 28, 2025

Respectfully submitted,

By: */s/ Kel McClanahan*
KEL MCCLANAHAN
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*