UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID BROWN, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 21-1991 (DLF) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that this action shall be, and is hereby, dismissed with prejudice.


Dated: April 8, 2025


EDWARD R. MARTIN, JR.
United States Attorney

By:   */s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
 (202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*

By: /s/*Jerald M. Lentini*_____
JERALD M. LENTINI, ESQ.
D.C. Bar #CT00017
National Security Counselors
1451 Rockville Pike, Suite 250

- 2 -

Rockville, MD 20852
501-301-4672
Jerald@NationalSecurityLaw.org